# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, JUDGE
 THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
 THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| OMAN FASTENERS, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Consol. Ct. No. 20-00037 |
| THE UNITED STATES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned action hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment and accompanying order and opinion, Slip op. 21-72, entered on June 10, 2021.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

2

/s/Tara K. Hogan
TARA K. HOGAN
AIMEE LEE
Assistant Directors

/s/Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tele: (202) 307-0184
Email: Meen-Geu.Oh@usdoj.gov

August 7, 2021                                   Attorneys for Defendants