Slip Op. No. 23-102

## UNITED STATES COURT OF INTERNATIONAL TRADE

<table>
<tr><td>

**OMAN FASTENERS, LLC, et al.,**

               Plaintiffs,

    v.

**UNITED STATES, et al.,**

               Defendants.

</td>
<td>

**Before: Jennifer Choe-Groves, Judge**
        **M. Miller Baker, Judge**
        **Timothy C. Stanceu, Judge**

**Consol. Court No. 20-00037**

</td></tr>
</table>

### JUDGMENT

Further to the mandate of the Court of Appeals for the Federal Circuit ("Court of Appeals") in *Oman Fasteners, LLC, Huttig Building Products, Inc., Huttig, Inc. v. United States*, CAFC Mandate in Appeal No. 21-2252 (July 5, 2023), ECF No. 150, it is hereby

**ORDERED** that Plaintiffs' claims against the President of the United States be, and hereby are, dismissed without prejudice; it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment With Respect to Count 1 of Plaintiffs' Complaint (Apr. 14, 2020), ECF No. 65, be, and hereby is, denied; it is further

**ORDERED** that pursuant to USCIT Rule 56.1, judgment be, and hereby is, entered for Defendants United States, the Department of Commerce, Secretary of Commerce Gina Raimondo, U.S. Customs and Border Protection, and Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection Troy A. Miller; and it is further

Consol. Court No. 20-00037                                                                                            Page 2


      **ORDERED** that entries affected by this litigation shall be liquidated in accordance with the decision of the Court of Appeals in *Oman Fasteners, LLC, Huttig Building Products, Inc., Huttig, Inc. v. United States*, 59 F.4th 1255 (Fed. Cir. 2023).


                                           /s/ Jennifer Choe-Groves
                                     Jennifer Choe-Groves, Judge


                                         /s/ M. Miller Baker
                                     M. Miller Baker, Judge


                                        /s/ Timothy C. Stanceu
                                     Timothy C. Stanceu, Judge


Dated: July 13, 2023
      New York, New York